IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE D. JONES,

      Plaintiff,                       No. CIV S-08-1492 EFB P

      vs.

J. CANTU, et al.,

      Defendants.                 ORDER

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On October 27, 2008, the court directed plaintiff to submit a completed summons form, seven completed USM-285 forms and eight copies of the June 27, 2008, endorsed complaint to enable the U. S. Marshal to serve defendants. On November 17, 2008, plaintiff submitted one incomplete summons and five incomplete USM-285 forms. He did not submit any copies of the complaint. He has failed to comply with the order.

        It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the October 27, 2008 order, or to submit eight copies of the June 27, 2008, endorsed complaint, seven completed USM-285 forms, and one completed summons. Failure to comply with this order will result in a recommendation that this action be

////

1  dismissed. The Clerk of the Court is directed to send to plaintiff one copy of the June 27, 2008,

2  pleading, seven blank USM-285 forms, instruction sheet and one blank summons.

3  DATED: December 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE D. JONES,

        Plaintiff,                  No. CIV S-08-1492 EFB

    vs.

J. CANTU, et al.,

        Defendants.           Notice of Submission of Documents

                               /

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          1          completed summons form

          7          completed forms USM-285

          8          copies of the  June 27, 2008
                                                   Complaint

Dated:

                                                Plaintiff