1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MAURICE D. JONES,

11            Plaintiff,                     No. CIV S-08-1492 EFB P

12        vs.

13   J. CANTU, et al.,

14            Defendants.                    ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28

18   U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C.

19   § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

20        On October 27, 2008, the court screened plaintiff's complaint, found that it did not state

21   cognizable claims against defendant S. Whitaker, and explained to plaintiff that he either could

22   proceed with his action solely against defendants J. Cantu, D. Whisler, S. Correa, Brito, Rowe,

23   McAfee and Tuers, or file an amended complaint in an attempt to state a claim also against S.

24   Whitaker.  On February 9, 2009, plaintiff submitted the documents necessary for service on J.

25   Cantu, D. Whisler, S. Correa, Brito, Rowe, McAfee and Tuers.

26   ////

The court construes plaintiff's election to proceed solely against defendants J. Cantu, D. Whisler, S. Correa, Brito, Rowe, McAfee and Tuers as consent to dismissal of all claims against S. Whitaker.

Accordingly, defendant S. Whitaker is hereby dismissed from this action.

Dated:  June 10, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE