IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE D. JONES,

      Plaintiff,                      No. CIV S-08-1492 EFB

    vs.

J. CANTU, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* in an action brought under 42 U.S.C. § 1983. On February 8, 2010, the court directed plaintiff to file an opposition to defendants' motion for summary judgment or a statement of no opposition. Dckt. No. 25. On February 23, 2010, plaintiff submitted papers to the court indicating that his legal papers and prescription glasses were taken from him by prison authorities on October 15, 2009, making it impossible for him to file his opposition or statement of no opposition. Dckt. No. 26. According to plaintiff, his administrative appeal regarding the property has not been processed to date. Plaintiff requests a continuance. Defendants have submitted no response.

////

////

////

1

1   Accordingly, it is hereby ORDERED that defendants shall have 21 days from the date of
2 this order to respond plaintiff's request for a continuance. If defendants fail to file a response,
3 the court will vacate its order of February 8, 2010 and continue the deadline for plaintiff's
4 response to defendants' summary judgment motion to an appropriate date to be determined.
5 DATED: April 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2