IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE D. JONES,

      Plaintiff,                      No. CIV S-08-1492 EFB P

      vs.

J. CANTU et al.,

      Defendants.               ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. This case is before the undersigned pursuant to the parties' consent. *See* 28 U.S.C. § 636.

        On February 8, 2010, the court directed plaintiff to file an opposition to defendants' motion for summary judgment or a statement of no opposition within 21 days. Dckt. No. 25. On February 23, 2010, plaintiff requested a continuance. Dckt. No. 26. On June 16, 2010, the court ordered plaintiff to file either an opposition to defendants' motion for summary judgment or a statement of non-opposition within 14 days. Dckt. No. 32. The court informed plaintiff that failure to comply with the order would result in dismissal of the action without prejudice. As of the date of this order, plaintiff has filed neither an opposition nor a statement of non-opposition.

////

1

1  Nor has plaintiff filed any other document explaining his failure to comply with the court's order
2  of June 16, 2010.
3       Accordingly, it is hereby ORDERED that this case is dismissed without prejudice.  The
4  Clerk is directed to close the case.
5  DATED: July 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE