IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE D. JONES,

        Plaintiff,                      No. CIV S-08-1492 EFB P

     vs.

J. CANTU et al.,

        Defendants.          <u>ORDER</u>

                                 /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. This case is before the undersigned pursuant to the parties' consent. *See* 28 U.S.C. § 636.

       On July 19, 2010, the court issued an order dismissing the case without prejudice due to plaintiff's failure to file an opposition or statement of no opposition to defendants' motion for summary judgment. Dckt. No. 33. Judgment was entered accordingly. Dckt. No. 34. Notwithstanding that judgment closing this case, plaintiff filed on July 23, 2010, a request for reconsideration of the court's September 11, 2008 denial of plaintiff's request for appointment of counsel (Dckt. No. 8). Dckt. No. 35. The motion for reconsideration is untimely and plaintiff has not shown good cause for submitting it nearly two years after the contested ruling and after judgement has already been entered. *See* Fed. R. Civ. P. 60(c).

1

Accordingly, plaintiff's motion for reconsideration, Dckt. No. 35, is hereby DENIED. The court notes that it will issue no response to future filings by plaintiff in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

So ordered.

Dated: August 11, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE